LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
ALEC P. SCHULMAN (Bar No. 336491)
Email: aschulman@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff,
NEW HIGH LIMITED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LALWANI, an individual; SEBASTIAN MARIA SCHILDHORN, an individual; and BLIZZARD SA, INC., a California corporation,<br><br>Defendants. | Case No. 8:22-cv-02328-JLS-KES<br>Hon. Josephine L. Staton<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DAVID LALWANI PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE RE: DAVID LALWANI**

**TO THE COURT AND ALL PARTIES:**

Plaintiff New High Limited hereby voluntarily dismisses the Complaint in its entirety as to Defendant David Lalwani only, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: April 10, 2023                    ONE LLP

By: /s/ Lawrence J. Hilton
    Lawrence J. Hilton
    Alec P. Schulman
    Attorneys for Plaintiff,
    New High Limited

2
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE RE: DAVID LALWANI**