JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID LALWANI, an individual; SEBASTIAN MARIA SCHILDHORN, an individual; and BLIZZARD SA, INC., a California corporation,<br><br>    Defendants. | Case No. 8:22-cv-02328-JLS-KES<br><br>**JUDGMENT BY DEFAULT AS TO DEFENDANTS SEBASTIAN MARIA SCHILDHORN AND BLIZZARD SA, INC.** |

WHEREAS, Defaulting Defendants were properly served in this action but have not responded to the Complaint and have not otherwise appeared in this action;

WHEREAS, Plaintiff has met all the conditions necessary for entry of default judgment pursuant to Federal Rules of Civil Procedure 55 and Local Rule 55; and

WHEREAS, Plaintiff is entitled to recover damages comprising the amount of voidable fraudulent transfers made by Navpeak, Inc. to Defaulting Defendants;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment be entered as follows:

1. In favor of Plaintiff and against Defendant Blizzard in the amount of $134,000, and in favor of Plaintiff and against Defendant Schildhorn in the amount of $100,640, for a total sum of $234,640;

2. For costs of suit as to be determined according to Federal Rule of Civil Procedure 54 and Local Rule 54-2; and

3. For post-judgment interest at the applicable rate.

**IT IS SO ORDERED.**

DATED: February 15, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE