Lawrence J. Hilton (SBN 156524)
Email: lhilton@onellp.com
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation, | 8:22-cv-02328-JLS-KES |
| PLAINTIFF(S), | |
| v. | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DAVID LALWANI, an individual, et al. | |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| Name(s) of party or parties claiming costs: | New High Limited | | |
|---|---|---|---|
| Judgment entered on: | February 15, 2024 | Docket #: | 48 |
| Names of party(ies) against whom judgment was entered: | Blizzard SA, Inc. and Sebastian Maria Schildhorn | | |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: February 28, 2024       Signature:       /s/ Lawrence J. Hilton

Name: Lawrence J. Hilton

☒ Attorney of       New High Limited
Record for:

| COURT USE ONLY |
|---|
| ☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.* |
| ☐ Application DENIED because:  ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: *Enter date here.* |
| **Brian D. Karth, District Court Executive/Clerk of Court** |
| By: _____ |
| Deputy Clerk |

**Case Title:** <u>New High Limited v. Lalwani, et al.</u>; **Case No:** 8:22-cv-02328-JLS-KES

# BILL OF COSTS

## *The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | |
| | $402.00 | Tab 1 - Credit Card Receipt for Filing Fee Paid to Clerk Online | | | | |
| 2 | | **L.R. 54-3.2 Fees for Service of Process** | | | | |
| | $3,250.45 | [Details/Totals and Page Nos. Listed on Summary of Tab 2, PAGE NO. 9] Tab 2-A-1 - Invoice from Nationwide Legal LLC - Attempted Service of Process and Decl of Diligence re Non-Service on Blizzard SA, Inc. (at Fountain Valley and Whittier addresses) and Evidencing Document ($198.75) Tab 2-A-2 - Invoice - Nationwide Legal LLC - Service of Process on Blizzard SA, Inc. via California Secretary of State (Per Court Order) and Evidencing Document ($230.70) Tab 2-B-1 - Invoice - Horizon Investigations - Search for Address for Sebastian Maria Schildhorn ($295) Tab 2-B-2 - Invoice - Nationwide Legal LLC - Attempted Service of Process on Sebastian Maria Schildhorn address in Fountain Valley, CA (no gate code) and Evidencing Document ($92.50) Tab 2-B-3 - Invoice - Nationwide Legal LLC - Attempted Service of Process on Sebastian Maria Schildhorn address in Fountain Valley, CA (with Gate Code) and Decl of Diligence and Evidencing Document ($169.75) Tab 2-B-4 - Invoice - Nationwide Legal LLC - Attempted at Service of Process at Sebastian Maria Schildhorn Las Vegas, NV address and Decl of Diligence and Evidencing Document ($513.75) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | | Tab 2-B-5 - Invoice - Nationwide Legal LLC - Stakeout at Sebastian Maria Schildhorn Las Vegas Address and Evidencing Document ($1,500) Tab 2-B-6 - Invoice - Las Vegas Review/Journal - Service by Publication on Sebastian Maria Schildhorn and Evidencing Document ($250) | | | | |
| 3 | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | $0.00 | | | | | |
| 4 | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | $0.00 | | | | | |
| 5 | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | $0.00 | | | | | |
| 6 | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | $0.00 | | | | | |
| 7 | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | $0.00 | | | | | |
| 8 | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | $0.00 | | | | | |
| 9 | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | $0.00 | | | | | |
| 10 | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| (a) | $164.60 | Tab 10(a)-1 - Nationwide Legal LLC Invoice for Mandatory Chambers Copies of Papers in Excess of 50 Pages to Judge Staton (Application for Order Authorizing Service of Process by Email on Defendant Sebastian Maria Schildhorn and Supporting Papers [Dkt. No. 27]) ($60.30) Tab 10(a)-2 - Nationwide Legal LLC Invoice for Mandatory Chambers Copies of Papers in Excess of 50 Pages to Judge Staton (Application for Order Authorizing Service of Process on Defendant Sebastian Maria Schildhorn by Publication [Dkt. No. 31] ($104.30) | | | | |
| (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| (b) | $0.00 | | | | | |
| (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| (c) | $0.00 | | | | | |
| (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | $0.00 | | | | | |
| | **(e)** | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | | | | | |
| | **(f)** | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |
| | **(g)** | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |
| **11** | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| | | $0.00 | | | | | |
| **12** | | **L.R. 54-3.12 Other Costs** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | $0.00 | | | | | |
| **13** | | **L.R. 54-3.13 State Court Costs** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | $0.00 | | | | | |
| **14** | | **L.R. 54-4 Items Taxable as Costs on Appeal** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | $0.00 | | | | | |
| **15** | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| | | $0.00 | | | | | |
| **TOTAL** | | $3,817.05 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.

"B" – Order/Stip required but not provided.

"C" – Documents provided do not support full amount claimed.

"D" – Item does not fall within the scope of the Local Rule.

"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.

"F" – Amount claimed reduced by agreement after meet and confer.

"G" – Other.

**Case Title:** New High Limited v. Lalwani, et al.; **Case No:** 8:22-cv-02328-JLS-KES

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

# Tab 1

**Lauren Thomas**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, December 29, 2022 2:38 PM |
| **To:** | Lauren Thomas |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 4434335
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $402.00
Tracking Id: ACACDC-34544843
Approval Code: 115393
Card Number: ************3002
Date/Time: 12/29/2022 05:37:51 ET

NOTE: This is an automated message. Please do not reply

1

# Tab 2

## TAB 2 - FEES FOR SERVICE OF PROCESS PER L.R. 54-3.2
### (Summary of Charges, Desciptions, and Page Nos.)

| Page No. | Tab No. | Amount | Description |
|---|---|---|---|
| | | | **TAB 2A - SERVICE ON BLIZZARD, SA INC.** |
| 10 | Tab 2-A-1 | $ 198.75 | Nationwide Legal LLC - Attempted Service of Process and Decl of Diligence re Non-Service on Blizzard SA, Inc. (Via Fountain Valley and Whittier addresses) |
| 14 | Tab 2-A-2 | $ 230.70 | Nationwide Legal LLC - Service of Process on Blizzard SA, Inc. via California Secretary of State (Per Court Order) |
| **Subtotal Tab 2A** | | **$ 429.45** | |
| | | | **TAB 2B - SERVICE ON SEBASTIAN MARIA SCHILDHORN** |
| Page No. | Tab No. | Amount | Description |
| 19 | Tab 2-B-1 | $ 295.00 | Horizon Investigations - Search for Address for Sebastian Maria Schildhorn |
| 21 | Tab 2-B-2 | $ 92.50 | Nationwide Legal LLC - Attempted Service of Process on Sebastian Maria Schildhorn address in Fountain Valley, CA |
| 24 | Tab 2-B-3 | $ 169.75 | Nationwide Legal LLC - Attempted Service of Process on Sebastian Maria Schildhorn address in Fountain Valley, CA (with Gate Code) and Decl of Diligence |
| 27 | Tab 2-B-4 | $ 513.75 | Nationwide Legal LLC - Attempted at Service of Process at Sebastian Maria Schildhorn Las Vegas, NV address and Decl of Diligence |
| 31 | Tab 2-B-5 | $1,500.00 | Nationwide Legal LLC - Stakeout at Sebastian Maria Schildhorn Las Vegas Address and Decl of Diligence |
| 34 | Tab 2-B-6 | $ 250.00 | Las Vegas Review/Journal - Service by Publication on Sebastian Maria Schildhorn and Affidavit of Service |
| **Subtotal Tab 2B** | | **$2,821.00** | |
| **TOTAL TAB 2:** | | **$3,250.45** | |

# Tab 2-A-1



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 00000053189 | OC20322 |
| INVOICE DATE: | Total Due |
| 1/31/2023 | $ 2,986.82 |

**PHONE (213) 249-9999**

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000053189 | 1/31/2023 | $ 2,986.82 | 9 |

| Date | Order No | Service Detail | Charges | Units | Total |
|---|---|---|---|---|---|
| 1/18/2023 OC119800 030 - STANDARD PROCESS (48 | | ONE LLP / OC 23 Corporate Plaza Suite 150-105 Newport Beach, CA 92660 Caller: Lauren Thomas Case Title: NEW HIGH LIMITED, a Hong Kong Docs: Summons; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Loc Attorney Name: Lawrence J. Hilton, Esq. | Blizzard SA, Inc., 12401 Slauson Ave Ste C Whittier, CA 906062830 Case Number: 8:22-cv-02328 CJC (DFMx) Client/Matter: New High Limited/Navpeak Fraud Tran Description: Please personally serve; if unable to personally serve, please serve on someone authorized to accept | Base Charge - 1155 Paularino Ave, Costa Mesa : Additional Address - 12401 Slauson Ave, Ste C, Whittier : PDF Page Count (Up to 200 pgs) : Total: | 8 36 | $ 75.00 $ 110.00 $ 13.75 $ 198.75 |
| 1/23/2023 OC120309 030 - STANDARD PROCESS (48 | | ONE LLP / OC 23 Corporate Plaza Suite 150-105 Newport Beach, CA 92660 Caller: Lauren Thomas Case Title: NEW HIGH LIMITED, a Hong Kong Docs: Summons; Complaint; Notice to Counsel Re Consent to Proceed Before a United States Mag Attorney Name: Lawrence J. Hilton, Esq. | David Lalwani, an individual 461 Almora St Monterey Park, CA 917546341 Case Number: 8:22-cv-02328 CJC (DFMx) Client/Matter: New High Limited/Navpeak Fraud Tran Description: Please personally serve; if unable to personally serve, please sub serve per code | Base Charge : PDF Page Count (Up to 200 pgs) : Mailing : Total: | 43 | $ 118.75 $ 27.50 $ 4.22 $ 150.47 |
| | | | Total Charges for Ref. - New High Limited/Navpeak Fraud Tran: | | $ 349.22 |

**INVOICE PAYMENT DUE UPON RECEIPT**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Lawrence J. Hilton, Esq., SBN: 156524<br>ONE LLP<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>*TELEPHONE No.:* (949) 502-2870     *FAX No. (Optional):* (949) 258-5081     *E-MAIL ADDRESS (Optional):* lhilton@onellp.com<br>*Attorney for:* Plaintiff NEW HIGH LIMITED | *FOR COURT USE ONLY* |

*Ref No. or File No.:* New High Limited/Navpeak Fraud Tran

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

*Petitioner:* NEW HIGH LIMITED, a Hong Kong corporation

*Respondent:* DAVID LALWANI, an individual, et al.

| **DECLARATION OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-02328 CJC (DFMx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Blizzard SA, Inc.**

Documents: **Summons; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Corporate Disclosure Statement (Fed. R. Civ. P. 7.1 and Local Rule 7.1-1); Notice of Related Case (L.R. 83-1.3.1); Notice of Assignment to United States Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel re Conset to Proceed before Magistrate Judge**

| Date | Time | | Results |
|---|---|---|---|
| 1/24/2023 | 3:42 PM | Business | 12401 Slauson Ave Ste C,  Whittier, CA 90606-2830<br>Suite is vacant. Can see inside the office. |

Fee for Service: **$ 198.75**

**N** County:  **Los Angeles**
Registration No.:  **5842**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 30, 2023.

Signature:_____

**Joseph Cruz**

**DUE DILIGENCE REPORT**

Order#: OC119800

| Attorney or Party without Attorney:<br>Lawrence J. Hilton, Esq., SBN: 156524<br>ONE LLP<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>TELEPHONE No.: (949) 502-2870     FAX No. (Optional): (949) 258-5081<br><br>E-MAIL ADDRESS (Optional): lhilton@onellp.com | FOR COURT USE ONLY |
|---|---|

Attorney for: Plaintiff NEW HIGH LIMITED

Ref No. or File No.:
New High Limited/Navpeak Fraud Tran

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

Petitioner: NEW HIGH LIMITED, a Hong Kong corporation

Respondent: DAVID LALWANI, an individual, et al.

| **DECLARATION**<br>**OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-02328 CJC (DFMx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Blizzard SA, Inc.**

Documents: **Summons; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Corporate Disclosure Statement (Fed. R. Civ. P. 7.1 and Local Rule 7.1-1); Notice of Related Case (L.R. 83-1.3.1); Notice of Assignment to United States Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel re Conset to Proceed before Magistrate Judge**

| Date | Time | | Results |
|---|---|---|---|
| 1/20/2023 | 3:32 PM | Home | 1155 Paularino Ave,  Costa Mesa, CA 92626-2850<br>Location is a two-story house and per occupant subject was a previous occupant. Andrew, McCormick recently moved in, and no forwarding information for previous occupants. Neighbor confirms house was recently sold. |

Fee for Service: **$ 198.75**

**N** County: **Orange**
Registration No.: **1530**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 30, 2023.

Signature: _____

**Frank Harrigan**

**DUE DILIGENCE REPORT**

Order#: OC119800

# Tab 2-A-2



# INVOICE

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000053913 | OC20322 |
| INVOICE DATE: | Total Due |
| 2/15/2023 | $ 1,268.11 |

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000053913 | 2/15/2023 | $ 1,268.11 | 6 |

| Date      Order No | Service Detail | | Charges      Units | Total |
|---|---|---|---|---|
| 2/13/2023<br>OC122788<br><br>030 - STANDARD PROCESS  (48 | ONE LLP / OC<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>Caller: Lauren Thomas<br>Case Title: NEW HIGH LIMITED, a Hong<br>Kong<br>Docs: Summons;<br>Complaint;<br>Order Authorizing Service of Process on<br>Defendant Blizzard SA, Inc<br>Attorney Name: Lawrence J. Hilton, Esq. | Blizzard SA, Inc., a California<br>corporation<br>1500 11th St<br>Sacramento, CA 958145701<br>Case Number: 8:22-cv-02328 CJC<br>(DFMx)<br>Client/Matter: New High<br>Limited/Navpeak Fraudulent<br>Description: *SERVE 2 SETS AND<br>ADVANCE $50.00 | NWL Branch office<br>(Service of Process) :<br>Fees Advanced :<br>PDF Page Count (Up<br>to 200 pgs) :<br>Total: | $ 140.00<br>$ 50.00<br>$ 40.70<br>$ 230.70 |
| | | | Total Charges for Ref.<br>-  New High<br>Limited/Navpeak<br>Fraudulent: | $ 230.70 |

## INVOICE PAYMENT DUE UPON RECEIPT

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Hilton, Esq. \| SBN: 156524 <br> ONE LLP <br> 23 Corporate Plaza Suite 150-105   Newport Beach, CA 92660 <br><br> TELEPHONE NO.: (949) 502-2870 \| FAX NO. (949) 258-5081 \| E-MAIL ADDRESS lhilton@onellp.com <br> ATTORNEY FOR *(Name)*: Plaintiff: NEW HIGH LIMITED | |

**UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION**

STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053

CITY AND ZIP CODE: SANTA ANA, CA 92701

BRANCH NAME: SOUTHERN DIVISION

| PLAINTIFF/PETITIONER: NEW HIGH LIMITED, a Hong Kong corporation <br> DEFENDANT/RESPONDENT: DAVID LALWANI, an individual; et al. | CASE NUMBER: <br> 8:22-cv-02328 JLS (KESx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> New High Limited/Navpeak Fraudulent |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*:  **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served)*:

   **Blizzard SA, Inc., a California corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

   **California Secretary of State  - by Serving Sylvia H., Deputy**

   **Age: 36 - 40 \| Weight: 141-160 Lbs \| Hair: Blond \| Sex: Female \| Height: 5'7 - 6'0 \| Eyes: Green \| Race: Caucasian**

4. Address where the party was served:  **1500 11th St**
   **Sacramento, CA 95814-5701**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/14/2023**   (2) at *(time):* **9:32 AM**

   b. ☐ **by substituted service.**  On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20).  I mailed the documents on *(date):*  from *(city):*   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br><br> **POS010-1/OC122788** |
|---|---|---|

**Nationwide Legal, LLC**

901 W. Civic Center Drive, Suite# 190

Santa Ana, CA 92703

Phone: (714) 558-2400   Fax: (714) 558-2401

Continued from Proof of Service

**CLIENT:**  ONE LLP

**CLIENT FILE #:**  New High Limited/Navpeak Fraudulent          **DATE:**  February 14, 2023

**SUBJECT:**  Blizzard SA, Inc., a California corporation

```
Summons; Complaint; Order Authorizing Service of Process on
Defendant Blizzard SA, Inc. Through California Secretary of State
(Doc. 15); Civil Cover Sheet; Certification and Notice of Interested
Parties; Corporate Disclosure Statement (FED.R.CIV.P.7.1 and Local
Rule 7.1-1); Notice of Related Case; Notice of Assignment to United
States Judges; Notice to Parties of Court-Directed ADR Program;
Notice to Counsel Re Consent to Proceed Before a United States
Magistrate Judge; Order Re Transfer Pursuant to General Order 21-01
(Related Cases); Initial Standing Order for Civil Cases Assigned to
Judge Josephine L. Staton; Check Made Payable to The California
Secretary of State in the amount of $50.00
```



Order#: OC122788/DocAtt2010

| PETITIONER: **NEW HIGH LIMITED, a Hong Kong corporation** | CASE NUMBER: |
|---|---|
| RESPONDENT: **DAVID LALWANI, an individual; et al.** | **8:22-cv-02328 CJC (DFMx)** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                    *(2) from (city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*
    **Service was done under Cal. Corp. Code section 1702(a)**

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows: Blizzard SA, Inc.

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **Michael Romero - Nationwide Legal, LLC REG: 12-234648**
  b. Address: **901 W. Civic Center Drive, Suite# 190 Santa Ana, CA 92703**
  c. Telephone number: **(714) 558-2400**
  d. **The fee** for service was: **$ 230.70**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner    ☐ employee    ☒ independent contractor.
      (ii) Registration No.: **2020-03**
      (iii) County: **Sacramento**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/14/2023**

**N Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

| **Michael Romero** | ▶ |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | |

# Tab 2-B-1

Horizon Investigation Inc.

Los Angeles, CA 90049
11693 San Vicente Blvd.

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/17/2023 | 5064 |

| Bill To |
|---------|
| Lawrence J. Hilton, Esq.<br>One LLP<br>4000 MacArthur Blvd., East Tower, Suite 5<br>Newport Beach, CA 92660 |

| Subject |
|---------|
| Re: Locate -<br>SEBASTIAN SCHILDHORN |

| Case Name | Case Number |
|-----------|-------------|
| NAVPEAK | 22823 |

| Description | Date | Quantity | Rate | Amount |
|-------------|------|----------|------|--------|
| Locate Two | | 1 | 295.00 | 295.00 |

| | **Total** | $295.00 |
|--|-----------|---------|

# Tab 2-B-2



# INVOICE

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000053913 | OC20322 |
| INVOICE DATE: | Total Due |
| 2/15/2023 | $ 1,268.11 |

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000053913 | 2/15/2023 | $ 1,268.11 | 5 |

| Date    Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 1/23/2023 OC120311 030 - STANDARD PROCESS (48 | ONE LLP / OC 23 Corporate Plaza Suite 150-105 Newport Beach, CA 92660 Caller: Lauren Thomas Case Title: New High Limited, a Hong Kong Docs: Complaint; Summons In A Civil Action; Civil Cover Sheet; Certification And Notice Of Int Attorney Name: Lawrence J. Hilton, Esq. | Sebastian Maria Schildhorn, an individual 16640 Atherton Mountain Fountain Valley, CA 92708 Case Number: 8:22-cv-02328 CJC (DFMx) Client/Matter: New High Limited/Navpeak Fraud Tran Description: Please personally serve; if unable to personally serve, please sub serve per code | Base Charge : PDF Page Count (Up to 200 pgs) : Total: | 11 | $ 78.75 $ 13.75 $ 92.50 |
| | | | Total Charges for Ref. - New High Limited/Navpeak Fraud Tran: | | $ 92.50 |

**INVOICE PAYMENT DUE UPON RECEIPT**

| Attorney or Party without Attorney:<br>Lawrence J. Hilton, Esq., SBN: 156524<br>ONE LLP<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>*TELEPHONE No.:* (949) 502-2870    *FAX No. (Optional):* (949) 258-5081    *E-MAIL ADDRESS (Optional):* lhilton@onellp.com | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiff New High Limited | |
| | *Ref No. or File No.:*<br>New High Limited/Navpeak Fraud Tran |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT |
|---|

| *Petitioner:* New High Limited, a Hong Kong corporation |
|---|
| *Respondent:* David Lalwani, an individual; et al. |

| **DECLARATION<br>OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-02328 CJC (DFMx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Sebastian Maria Schildhorn, an individual**

Documents: **Complaint; Summons In A Civil Action; Civil Cover Sheet; Certification And Notice Of Interested Parties; Corporate Disclosure Statement; Notice of Related Case; Notice of Assignment to United States Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

| Date | Time | | Results |
|---|---|---|---|
| 1/26/2023 | 8:20 AM | Home | 16640 Atherton Mountain, # #36 Fountain Valley, CA 92708<br>Gated community. Name not listed on directory. Waited 15 minutes and was not able to gain access. |
| 1/29/2023 | 3:39 PM | Home | 16640 Atherton Mountain, # #36 Fountain Valley, CA 92708<br>Unable to gain access inside gated complex, waited but wasn't able to follow anyone inside. |
| 2/1/2023 | 7:10 PM | Home | 16640 Atherton Mountain, # #36 Fountain Valley, CA 92708<br>Unable to gain access inside gated complex, name not listed on directory. |

Fee for Service: **$ 92.50**

**N** County: **Orange**
Registration No.: **6230**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 10, 2023.

Signature: *Veronica Solano*

**Veronica Solano**

**DUE DILIGENCE REPORT**

Order#: OC120311

# Tab 2-B-3



# INVOICE

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000056763 | OC20322 |
| INVOICE DATE | Total Due |
| 4/30/2023 | $ 1,250.31 |

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000056763 | 4/30/2023 | $ 1,250.31 | 4 |

| Date        Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 4/13/2023<br>OC129949<br><br>033 - SPECIAL PROCESS  (IMME | ONE LLP / OC<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>Caller: Lauren Thomas<br>Case Title: New High Limited, a Hong Kong<br>Docs: Complaint;<br>Summons In A Civil Action; Notice To Counsel<br>Re Consent To Proceed Before A U<br>Attorney Name: Lawrence J. Hilton, Esq. | Sebastian Maria Schildhorn, an<br>individual<br>16440 Atherton Mtn Unit 36<br>Fountain Valley, CA 927081341<br>Case Number: 8:22-cv-02328 CJC<br>(DFMx)<br>Client/Matter: New High<br>Limited/Navpeak Fraud Tran<br>Description: Please personally serve; if<br>unable to personally serve, please sub<br>serve per code<br><br>****GATE CODE 1958****<br><br>CLIENT NEEDS TO RESPOND BY<br>4/18 ORDER TO SHOW CAUSE<br>DISMISSAL<br><br>*****GENERATE DECLARATION OR<br>PROOF ON A RUSH****** | Base Charge :<br>PDF Page Count (Up<br>to 200 pgs) :<br>Total: | 10 | $ 156.00<br><br>$ 13.75<br>$ 169.75 |
| | | Total Charges for Ref.<br>-  New High<br>Limited/Navpeak<br>Fraud Tran:<br>Total | | $ 169.75<br>$ 1,250.31 |

# INVOICE PAYMENT DUE UPON RECEIPT

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Lawrence J. Hilton, Esq., SBN: 156524<br>ONE LLP<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>TELEPHONE No.: (949) 502-2870    FAX No. (Optional): (949) 258-5081    E-MAIL ADDRESS (Optional): lhilton@onellp.com | | |

Attorney for: Plaintiff New High Limited

Ref No. or File No.:
New High Limited/Navpeak Fraud Tran

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

Petitioner: New High Limited, a Hong Kong corporation

Respondent: David Lalwani, an individual; et al.

| DECLARATION<br>OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-02328 CJC (DFMx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Sebastian Maria Schildhorn, an individual**

Documents: **Complaint; Summons In A Civil Action; Notice To Counsel Re Consent To Proceed Before A United States Migrate Judge; Notice To Parties Of Court-Directed ADR Program; Notice Of Assignment To United States Judges; Notice Of Related Case (L.R. 83-1.3.1); Corporate Disclosure Statement (Fed. R. Civ. P. 7.1 And Local Rule 7.1-1) ; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Civil Cover Sheet**

| Date | Time | | Results |
|---|---|---|---|
| 4/13/2023 | 4:37 PM | Home | 16440 Atherton Mtn Unit 36,  Fountain Valley, CA 92708-1341<br>Location is a second floor condo unit and per male renter/occupant African-American in his 30s subject owns the condo, but rents it out to him and another roommate. He believes subject lives in Las Vegas Nevada. No neighbor information. Subject's name not on the directory at gate. |

Fee for Service: **$ 169.75**

**N** County: **Orange**
Registration No.: **1530**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  April 17, 2023.

Signature: _____

**Frank Harrigan**

**DUE DILIGENCE REPORT**

Order#: OC129949

# Tab 2-B-4



# INVOICE

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000057994 | OC20322 |
| INVOICE DATE: | Total Due |
| 5/31/2023 | $ 3,644.52 |

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000057994 | 5/31/2023 | $ 3,644.52 | 7 |

| Date      Order No | Service Detail | | Charges      Units | Total |
|---|---|---|---|---|
| 4/17/2023 OC129949A 033 - SPECIAL PROCESS (IMME | ONE LLP / OC 23 Corporate Plaza Suite 150-105 Newport Beach, CA 92660 Caller: Lauren Thomas Case Title: New High Limited, a Hong Kong Docs: Summons; Complaint; Civil Cover Sheet; Certification And Notice Of Interested Parties; Attorney Name: Lawrence J. Hilton, Esq. | Sebastian Maria Schildhorn, an individual 3040 E Charleston Blvd Apt 1135 Las Vegas, NV 891046646 Case Number: 8:22-cv-02328 CJC (DFMx) Client/Matter: New High Limited/Navpeak Fraud Tran Description: ************SPECIAL************* PERSONAL OR SUB-SERVE WITH PROPER DILIGENCE ON 3RD ATTEMPT Monday, tonight after 6pm, Tuesday tomorrow before 8am Wednesday between 12-4p we need these updates ASAP ATTEMPT EVERYDAY & STATUS AFTER EACH ATTEMPT | Anywhere in the Country-Base : Additional Attempts : PDF Page Count (Up to 200 pgs) : Total: | $ 250.00 $ 250.00 $ 13.75 $ 513.75 |
| | | Total Charges for Ref. - New High Limited/Navpeak Fraud Tran: | | $ 513.75 |

**INVOICE PAYMENT DUE UPON RECEIPT**

| Attorney or Party without Attorney: | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Hilton, Esq., SBN: 156524<br>ONE LLP<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>TELEPHONE No.: (949) 502-2870    FAX No. (Optional): (949) 258-5081<br>E-MAIL ADDRESS (Optional): lhilton@onellp.com | |

Attorney for: Plaintiff New High Limited

Ref No. or File No.:
New High Limited/Navpeak Fraud Tran

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

Petitioner: New High Limited, a Hong Kong corporation

Respondent: David Lalwani, an individual, et al.

| **DECLARATION OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-02328 CJC (DFMx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Sebastian Maria Schildhorn, an individual**

Documents: **Summons; Complaint; Civil Cover Sheet; Certification And Notice Of Interested Parties; Corporate Disclosure Statement; Notice of Related Case; Notice of Assignment to United States Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

| Date | Time | | Results |
|---|---|---|---|
| 4/17/2023 | 8:39 PM | Home | 3040 E Charleston Blvd Apt 1135,  Las Vegas, NV 89104-6646<br>knocked on the door multiple times, no answer, no noise, no lights on. |
| 4/18/2023 | 7:34 AM | Home | 3040 E Charleston Blvd Apt 1135,  Las Vegas, NV 89104-6646<br>Knocked on the door multiple times with no answer, I could see the side window partial open, no answer at the door, no noise. |

Fee for Service: $ 513.75

**N**  County: **Clark**
Registration No.: **R-083925**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  May 22, 2023.

Signature:_____

**Alejandro Yanez**

**DUE DILIGENCE REPORT**

Order#: OC129949A

| Attorney or Party without Attorney: | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Hilton, Esq., SBN: 156524<br>ONE LLP<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>TELEPHONE No.: (949) 502-2870   FAX No. (Optional): (949) 258-5081<br>E-MAIL ADDRESS (Optional): lhilton@onellp.com<br>Attorney for: Plaintiff New High Limited | |
| Ref No. or File No.:<br>New High Limited/Navpeak Fraud Tran | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

Petitioner: New High Limited, a Hong Kong corporation

Respondent: David Lalwani, an individual, et al.

| DECLARATION<br>OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-02328 CJC (DFMx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Sebastian Maria Schildhorn, an individual**

Documents: **Summons; Complaint; Civil Cover Sheet; Certification And Notice Of Interested Parties; Corporate Disclosure Statement; Notice of Related Case; Notice of Assignment to United States Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

| Date | Time | | Results |
|---|---|---|---|
| 4/19/2023 | 12:05 PM | Home | 3040 E Charleston Blvd Apt 1135, Las Vegas, NV 89104-6646<br>Prior to knocking on the door I could hear a male talking inside. Knocked several times, no answer. There was a white Mercedes California plate number 8MFD048 in the parking lot part close to the apartment building. I went to the leasing office and spoke with Chris manager who confirmed subject is a current tenant. |
| 4/20/2023 | 7:01 PM | Home | 3040 E Charleston Blvd Apt 1135, Las Vegas, NV 89104-6646<br>Knocked several times, no answer. Quiet. Window partially open. |
| 4/21/2023 | 7:27 AM | Home | 3040 E Charleston Blvd Apt 1135, Las Vegas, NV 89104-6646<br>Knocked. No answer. Quiet. Window closed. |
| 4/22/2023 | 10:22 AM | Home | 3040 E Charleston Blvd Apt 1135, Las Vegas, NV 89104-6646<br>Knocked no answer quiet. Previously noted Mercedes that has been in parking lot on all previous attempts, not in parking space today. |

Fee for Service: **$ 513.75**

**N** County: **Nevada**
Registration No.: **R-2022-21183**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 22, 2023.

Signature: _Judith Mae All_

**Judith Mae All**

**DUE DILIGENCE REPORT**

Order#: OC129949A

# Tab 2-B-5



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 00000059927 | OC20322 |
| INVOICE DATE | Total Due |
| 7/15/2023 | $ 2,086.40 |

**PHONE (213) 249-9999**

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000059927 | 7/15/2023 | $ 2,086.40 | 4 |

| Date | Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|---|
| 6/23/2023 PID13379 Investigations | | ONE LLP / OC 23 Corporate Plaza Suite 150-105 Newport Beach, CA 92660 Caller: Lauren Thomas Case Title: New High Limited, a Hong Kong Docs: Stakeout Attorney Name: | Stakeout , Case Number: 8:22-cv-02328 CJC (DFMx) Client/Matter: New High Limited/Navpeak Fraud Tran | Service of Process : | 250 | $ 250.00 |
| | | | | Stakeout (Per Hour - 6/26) : | 125 | $ 500.00 |
| | | | | Travel Cost (Per Hour - 6/26) : | 125 | $ 125.00 |
| | | | | Stakeout (Per Hour - 6/27) : | 125 | $ 500.00 |
| | | | | Travel Cost (Per Hour - 6/27) : | 125 | $ 125.00 |
| | | | | BILLED IN CASEGATOR PID13379 : | | $ .00 |
| | | | | Total: | | $ 1,500.00 |
| | | | | Total Charges for Ref. - New High Limited/Navpeak Fraud Tran: | | $ 1,500.00 |

**INVOICE PAYMENT DUE UPON RECEIPT**

| Attorney or Party without Attorney:<br>One LLP<br>Lawrence J. Hilton<br>23 Corporate Plaza, Suite 150-105<br>Newport Beach, CA 92660 | | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE No.: | FAX No. (Optional): | E-MAIL ADDRESS (Optional): |
| Attorney for: | | |
| | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT OF CALIFORNIA - CENTRAL DISTRICT

Petitioner: NEW HIGH LIMITED, a Hong Kong corporation

Respondent: DAVID LALWANI, an individual, et al.

| **DECLARATION<br>OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-02328 CJC (DFMx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Sebastian Maria Schildhorn, an individual**

Documents: **Summons; Complaint; Notice to Counsel Re Consent to Proceed Before a United States Magistratre Judge; Notice to Parties Court-Directed ADR Program; Notice of Related Case; Corporate Disclosure Statement; Certification and Notice of Interested Parties; Civil Cover Sheet**

| Date | Time | | Results |
|---|---|---|---|
| 6/26/2023 | 6:00 AM | Home | 3040 E Charleston Blvd Apt 1135,  Las Vegas, NV 89104-6646<br>Stakeout began at 6:00am. Upon arrival, I noted no sight of the subject's Dodge Ram 1500 truck. During stakeout, I did not see anyone who matched the photo of the subject obtained via an online search. I knocked on the door early in the morning, with no answer, and conducted a second doorknock at 10:00am with no answer. Before leaving, I did confirm with the leasing office onsite that the subject does reside here at Apt. 1135, and that his Dodge Ram truck is listed on his lease. They had no information on his whereabouts. I broke away at the 4-hour mark. |
| 6/27/2023 | 4:00 PM | Home | 3040 E Charleston Blvd Apt 1135,  Las Vegas, NV 89104-6646<br>Stakeout began at 4:00pm. Upon return, I did note seeing a white Dodge Ram truck (NV# 422K51) parked in an unmarked spot, with no other activity. I reached Apt. 1135 and knocked on the door with no answer. I monitored the location until 8:00pm with no sight of our subject. I conducted one last doorknock at this time with no answer. |

Fee for Service: **$ 1,500.00**

 County:
Registration No.:R-2021-14422
**Nationwide Legal, LLC
1609 James M. Wood Blvd
Los Angeles, CA 90015**
(877) 493-3463

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  July 3, 2023.

Signature: _Michael Carter_

**Michael Carter**

**DUE DILIGENCE REPORT**

Order#: PID13379

# Tab 2-B-6

# LAS VEGAS REVIEW-JOURNAL

## Order Confirmation LV

**Ad Order Number**
0001245122

**Sales Rep.**
dwatts

**Order Taker**
dwatts

**Order Source**

| | | | |
|---|---|---|---|
| **Customer** | **Payor Customer** | **PO Number** | |
| ONE LLP | ONE LLP | | |
| **Customer Account** | **Payor Account** | **Ordered By** | |
| 196923 | 196923 | Taylor Foss | |
| **Customer Address** | **Payor Address** | **Customer Fax** | |
| SUITE 150 23 CORPORATE PLAZA DRIVE | SUITE 150 23 CORPORATE PLAZA DRIVE | | |
| NEWPORT BEACH CA 92660  USA | NEWPORT BEACH CA 92660  USA | **Customer EMail** | |
| **Customer Phone** | **Payor Phone** | tfoss@onellp.com | |
| (949) 502-2870 | (949) 502-2870 | **Special Pricing** | |

| Tear Sheets | Proofs | Affidavits | Blind Box | Tax Amount | Promo Type | Materials | Payment Amount | |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | | .00 | | | .00 | |

**Invoice Text**

| First / Last runDates | | Net Amount | | | Total Amount | Payment Method | | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 08 / 11 / 23 | 09 / 01 / 23 | 250.00 | | | 250.00 | Credit Card | | 250.00 |

| Ad Number | Ad Type | External Ad Number | Color | Ad Attributes | Ad Released | Production Method | Pick Up | Production Notes |
|---|---|---|---|---|---|---|---|---|
| 0001245122-01 | LV-Legal | | | | No | AdBooker | | |

**Ad Size**

1 X 51 li

**Ad Content**

Civil Action No.
8:22-cv-02328 (JLS/KESx)
UNITED STATES DISTRICT
COURT for the CENTRAL
DISTRICT OF CALIFORNIA
NEW HIGH (Hong
Kong corporation, Plaintiff(s) v.
DAVID LAWANI, an individual;
SEBASTIAN MARIA
SCHILDHORN, an individual; and
BLIZZARD SA, a California
corporation, Defendant(s)
SUMMONS IN A CIVIL ACTION
To: Sebastian Maria Schildhorn
A lawsuit has been filed against
you. Within 21 days after
service of this summons on you
(not counting the day you
received it) — or 60 days if you
are the United States or a
United States agency, or an
officer or employee of the
United States described in Fed.
R. Civ. P. 12 (a)(2) or (3) — you
must serve on the plaintiff an
answer to the attached
complaint or a motion under
Rule 12 of the Federal Rules of
Civil Procedure. The answer or
motion must be served on the
plaintiff or plaintiff's attorney,
whose name and address are:
Alec One LLP
Lawrence J. Hilton
Alec P. Schulman
23 Corporate Plaza,
Suite 150-105
Newport Beach, CA 92660
If you fail to respond, judgment
by default will be entered
against you for the relief
demanded in the complaint.
You also must file your answer
or motion with the court.
CLERK OF COURT (SEAL)
Date: 6/26/2023
/s/ Clerk or Deputy Clerk
PUB: Aug. 2023
LV Review-Journal

**Product**

LV-Review-Journal
LV-RJ Online

**Placement**

Legal Ads
Legal Ads

**Position**

Court Notices
Court Notices

## AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)    SS:

ONE LLP
SITE 150
23 CORPORATE PLAZA DR
NEWPORT BEACH CA 92660

Account #    196923

Ad Number    0001245122

Leslie McCormick, being 1st duly sworn, deposes and says:  That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for, was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 4 edition(s) of said newspaper issued from 08/10/2023 to 08/31/2023, on the following days:

08 / 10 / 23
08 / 17 / 23
08 / 24 / 23
08 / 31 / 23

Civil Action No.
8:22-cv-02328 CJC (DFMx)
UNITED STATES DISTRICT
COURT for the CENTRAL
DISTRICT OF CALIFORNIA
NEW HIGH LIMITED, a Hong
Kong corporation, Plaintiff(s) v.
DAVID LALWANI, an individual;
SEBASTIAN    MARIA
SCHILDHORN, an individual; and
BLIZZARD SA, INC., a California
corporation, Defendant(s)
SUMMONS IN A CIVIL ACTION
To: Sebastian Maria Schildhorn
A lawsuit has been filed against
you. Within 21 days after
service of this summons on you
(not counting the day you
received it) — or 60 days if you
are the United States or a
United States agency, or an
officer or employee of the
United States described in Fed.
R. Civ. P. 12 (a)(2) or (3) — you
must serve on the plaintiff an
answer to the attached
complaint or a motion under
Rule 12 of the Federal Rules of
Civil Procedure. The answer or
motion must be served on the
plaintiff or plaintiff's attorney,
whose name and address are:
Lawrence J. Hilton
Alec P. Schulman
One LLP
23 Corporate Plaza,
Suite 150-105
Newport Beach, CA 92660
If you fail to respond, judgment
by default will be entered
against you for the relief
demanded in the complaint.
You also must file your answer
or motion with the court.
CLERK OF COURT (SEAL)
Date: 01/03/2023
/s/ Clerk or Deputy Clerk
PUB: Aug. 10, 17, 24, 31, 2023
LV Review-Journal

/S/ _____
LEGAL ADVERTISEMENT REPRESENTATIVE

Subscribed and sworn to before me on this 31st day of August, 2023

Notary _____

LINDA ESPINOZA
Notary Public, State of Nevada
Appointment No. 00-64106-1
My Appt. Expires Jul 17, 2024

# Tab 10

# Tab 10(a)-1



# INVOICE

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000053913 | OC20322 |
| INVOICE DATE: | Total Due |
| 2/15/2023 | $ 1,268.11 |

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000053913 | 2/15/2023 | $ 1,268.11 | 4 |

| Date    Order No | Service Detail | | Charges    Units | Total |
|---|---|---|---|---|
| 2/1/2023<br>OC121453<br>064 - COURTESY COPY PDF | ONE LLP / OC<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>Caller: Lauren Thomas<br>Case Number: 22-cv-02328-JLS-KLS<br>Case Title: NEW HIGH LIMITED, vs. DAVID LA<br>Docs: DECLARATION OF ALEC P. SCHULMAN IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING SERVICE<br>Attorney Name: .None | United States District Court Central District of C<br>350 W. 1st Street<br>Los Angeles, CA 90012<br><br>Client/Matter: NEW HIGH LIMITED<br>Description: Please deliver cc's of the attached to Judge Staton's box outside the clerk's office at LA | NWL Central Courts :<br>PDF Page Count (Up to 200 pgs) :<br>Tabs :<br>Total: | $ 35.00<br>$ 24.20<br>$ 1.10<br>$ 60.30 |
| | | | Total Charges for Ref. - NEW HIGH LIMITED: | $ 60.30 |

# INVOICE PAYMENT DUE UPON RECEIPT

40

# Tab 10(a)-2



# INVOICE

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000060395 | OC20322 |
| INVOICE DATE: | Total Due |
| 7/31/2023 | $ 3,650.15 |

PLEASE MAKE REMITTANCE TO:

ONE LLP
23 Corporate Plaza Suite 150-105
Newport Beach, CA 92660
T (949) 502-2870 F (949) 258-5081

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| OC20322 | 00000060395 | 7/31/2023 | $ 3,650.15 | 8 |

| Date        Order No | Service Detail | | Charges        Units | Total |
|---|---|---|---|---|
| 7/27/2023<br>OC142362<br>064 - COURTESY COPY PDF | ONE LLP / OC<br>23 Corporate Plaza Suite 150-105<br>Newport Beach, CA 92660<br>Caller: Lauren Thomas<br>Case Number: 8:22-cv-02328-JLS-KES<br>Case Title: NEW HIGH LIMITED, vs. DAVID LA<br>Docs: NOTICE OF APPLICATION; MEMORANDUM OF POINTS; DECLARATION OF KA HIN PI IN: DECLARATION OF A<br>Attorney Name: .None | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF C<br>350 WEST 1ST STREET<br>LOS ANGELES, CA 90012<br>Client/Matter: New High/Navpeak Fraudulent Transfe<br>Description: please deliver courtesy chambers copies of the attached docs to Judge Staton's by noon tom | NWL Central Courts :<br>PDF Page Count (Up to 200 pgs) :<br>Tabs :<br>Total: | $ 35.00<br>$ 53.90<br>$ 15.40<br>$ 104.30 |
| | | | Total Charges for Ref. - New High/Navpeak Fraudulent Transfe: | $ 104.30 |

## INVOICE PAYMENT DUE UPON RECEIPT