Lawrence J. Hilton (SBN 156524)
Email: lhilton@onellp.com
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation, | **CASE NUMBER** |
| | 8:22-cv-02328-JLS-KES |
| v.                          PLAINTIFF(S), | |
| DAVID LALWANI, an individual, et al. | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| Name(s) of party or parties claiming costs: | New High Limited | | |
| Judgment entered on: | February 15, 2024 | Docket #: | 48 |
| Names of party(ies) against whom judgment was entered: | Blizzard SA, Inc. and Sebastian Maria Schildhorn | | |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: February 28, 2024       Signature:                    /s/ Lawrence J. Hilton

Name:        Lawrence J. Hilton
☒ Attorney of    New High Limited
Record for:

| COURT USE ONLY |
|---|
| ☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 3,817.05. |
| ☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| |
| Date:  March 22, 2024      **Brian D. Karth, District Court Executive/Clerk of Court** |
| By: *Jeanne C. Wanlass* |
| Deputy Clerk |

**Case Title:** <u>New High Limited v. Lalwani, et al.</u>; **Case No:** 8:22-cv-02328-JLS-KES

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | \colspan | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | |
| | $402.00 | Tab 1 - Credit Card Receipt for Filing Fee Paid to Clerk Online | $402.00 | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | |
| | $3,250.45 | [Details/Totals and Page Nos. Listed on Summary of Tab 2, PAGE NO. 9] Tab 2-A-1 - Invoice from Nationwide Legal LLC - Attempted Service of Process and Decl of Diligence re Non-Service on Blizzard SA, Inc. (at Fountain Valley and Whittier addresses) and Evidencing Document ($198.75) Tab 2-A-2 - Invoice - Nationwide Legal LLC - Service of Process on Blizzard SA, Inc. via California Secretary of State (Per Court Order) and Evidencing Document ($230.70) Tab 2-B-1 - Invoice - Horizon Investigations - Search for Address for Sebastian Maria Schildhorn ($295) Tab 2-B-2 - Invoice - Nationwide Legal LLC - Attempted Service of Process on Sebastian Maria Schildhorn address in Fountain Valley, CA (no gate code) and Evidencing Document ($92.50) Tab 2-B-3 - Invoice - Nationwide Legal LLC - Attempted Service of Process on Sebastian Maria Schildhorn address in Fountain Valley, CA (with Gate Code) and Decl of Diligence and Evidencing Document ($169.75) Tab 2-B-4 - Invoice - Nationwide Legal LLC - Attempted at Service of Process at Sebastian Maria Schildhorn Las Vegas, NV address and Decl of Diligence and Evidencing Document ($513.75) | $3,250.45 | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | Tab 2-B-5 - Invoice - Nationwide Legal LLC - Stakeout at Sebastian Maria Schildhorn Las Vegas Address and Evidencing Document ($1,500) Tab 2-B-6 - Invoice - Las Vegas Review/Journal - Service by Publication on Sebastian Maria Schildhorn and Evidencing Document ($250) | | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | $0.00 | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | $0.00 | | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $0.00 | | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $0.00 | | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | $0.00 | | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | $0.00 | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | $0.00 | | | | | |
| 10 | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | (a) | $164.60 | Tab 10(a)-1 - Nationwide Legal LLC Invoice for Mandatory Chambers Copies of Papers in Excess of 50 Pages to Judge Staton (Application for Order Authorizing Service of Process by Email on Defendant Sebastian Maria Schildhorn and Supporting Papers [Dkt. No. 27]) ($60.30) Tab 10(a)-2 - Nationwide Legal LLC Invoice for Mandatory Chambers Copies of Papers in Excess of 50 Pages to Judge Staton (Application for Order Authorizing Service of Process on Defendant Sebastian Maria Schildhorn by Publication [Dkt. No. 31] ($104.30) | $164.60 | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | (b) | $0.00 | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | (c) | $0.00 | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | *~ IF ANY AMOUNT DISALLOWED ~* | | |
|---|---|---|---|---|---|---|---|
| | | | | | **AMOUNT** | **CODE\*** | **ADDITIONAL REASONS** |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | $0.00 | | | | | |
| | **(e)** | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | | | | | |
| | **(f)** | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |
| | **(g)** | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |
| **11** | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | | |
| | | $0.00 | | | | | |
| **12** | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | $0.00 | | | | | |
| **13** | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | $0.00 | | | | | |
| **14** | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | $0.00 | | | | | |
| **15** | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | | $0.00 | | | | | |
| **TOTAL** | | $3,817.05 | | $3,817.05 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>New High Limited v. Lalwani, et al.</u>; **Case No:** 8:22-cv-02328-JLS-KES

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **WITNESS FEES (computation, _see_ 28 U.S.C. § 1821 for statutory fees)** | | | | | | | |
| **NAME, CITY AND STATE** | **Days** | **Total Cost** | **Days** | **Total Cost** | **Miles** | **Total Cost** | **Total Cost Each Witness** |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |